This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 223  SSM 34
Miriam Levy Oates, as
Administratrix of the Estate of
Rachel Levy, Deceased, et al.,
          Respondents,
       v.
New York City Transit Authority,
          Appellant,
et al.,
          Defendants.

          Submitted by Lawrence Heisler, for appellant.
          Submitted by Paige R. Butler, for respondents.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs.  The Appellate Division correctly determined that legally sufficient evidence supported the jury's findings of negligence and entitlement to damages for decedent's conscious pain and suffering.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided November 17, 2016